### HAYES v. KEE.

No. 5161. Opinion Filed September 28, 1915.

(151 Pac. 1196.)

*Error from District Court, Oklahoma County;*
*Geo. W. Clark, Judge.*

Action by W. N. Hayes against A. F. Kee. From the judgment, Hayes brings error. Dismissed.

*Ledbetter, Stuart & Bell,* for plaintiff in error.

Opinion by MATHEWS, C. No brief having been filed in this case by the plaintiff in error, the appeal will be deemed abandoned, and the appeal, for that reason, should be dismissed.

By the Court: It is so ordered.